UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK E. JACKSON,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

20 Civ. 4112 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to reply to Petitioner's Rule 60(b) motion (Dkt. No. 8) by **June 16, 2021**. The Clerk of Court is directed to mail a copy of this Order to Petitioner.

Dated: New York, New York
       May 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge